**Edmond TYLER, II, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 2011–3098.

United States Court of Appeals, Federal Circuit.

July 6, 2011.

Christopher A. Bowen, Department of Justice, Washington, DC, for Respondent.

Edmond Tyler II, Washington, DC, pro se.

**ON MOTION**

**ORDER**

Edmond Tyler, II submits an incomplete motion for leave to proceed in forma pauperis.

The court notes that Tyler's petition was dismissed on May 3, 2011 for failure to pay the fee. Tyler failed to provide the information required by question 1 of the form regarding any income or benefits received.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied.

(2) The mandate will be recalled, the dismissal order will be vacated, and the case will be reinstated, if Tyler pays the $450 docketing fee within 21 days of the date of filing of this order.